```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
JAMES P. ROBERTS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
TARUS STARKS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br> TARUS STARKS,                       )<br>                                    )<br>            Defendant.              )<br> _____  ) | 2:12-CR-00434-CKD<br><br>STIPULATION AND ORDER TO VACATE<br>THE TRIAL CONFIRMATION HEARING<br>AND JURY TRIAL AND TO SET A<br>CHANGE OF PLEA<br><br>Date:  March 21, 2013<br>Time:  9:30 a.m.<br>Judge: CAROLYN K. DELANEY |

     The United States Attorney through his respective counsel, ASHWIN JANAKIRAM, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for TARUS STARKS, and Certified Student Attorney, JAMES P. ROBERTS, hereby stipulate to vacate the trial confirmation hearing set for January 24, 2013 at 9:30am and to vacate the jury trial scheduled for February 11, 2013 at 9:30am.

     Accordingly, the parties jointly request that a change of plea be scheduled for March 21, 2013 at 9:30am before Magistrate Carolyn K.

1  Delaney.

2      Time is to be excluded under the Speedy Trial Act, 18 U.S.C. §
3  3161(h)(7)(b)(iv) (Local Rule T4) as the ends of justice served by
4  granting the continuance outweigh the best interests of the public and
5  the defendant in a speedy trial. Defense counsel needs additional time
6  for preparation to resolve this matter without a trial.

8  Dated: January 22, 2013                Respectfully submitted,

10                                         JOSEPH SCHLESINGER
                                           Acting Federal Defender

12                                         /s/ Linda C. Harter
                                           Linda C. Harter
13                                         Chief Assistant Federal Defender
                                           Attorney for Tarus Starks
14
                                           /s/ James P. Roberts
15                                         James P. Roberts
                                           Certified Student Attorney
16

17 Dated: January 22, 2013                 BENJAMIN B. WAGNER
                                           United States Attorney
18

19                                         /s/ Ashwin Janakiram
                                           Ashwin Janakiram
20                                         Special Assistant U.S. Attorney

22                              O R D E R

23 **IT IS SO ORDERED.**

25   Dated: January 23, 2013

26                                         _____
                                           CAROLYN K. DELANEY
27                                         UNITED STATES MAGISTRATE JUDGE

-2-