JOSEPH SCHLESINGER #87692
Acting Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
JAMES P. ROBERTS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
TARUS STARKS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-CR-00434-CKD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CHANGE OF PLEA HEARING |
| ) | |
| TARUS STARKS ) | |
| ) | Date: April 4, 2012 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Carolyn K. Delaney |
| _____ ) | |

The United States Attorney through his respective counsel, ASHWIN JANAKIRAM, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for TARUS STARKS, and Certified Student Attorney, JAMES P. ROBERTS, hereby stipulate to continue the change of plea hearing set for March 21, 2013 at 9:30am.  Time is to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(b)(iv) (Local Rule T4) as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial due to defense counsel being unavailable on this date.

Accordingly, the parties jointly request that the change of plea hearing be continued to April 4, 2013 at 9:30am before Magistrate Judge Carolyn K. Delaney.

Dated: January 29, 2013						Respectfully submitted,

									JOSEPH SCHLESINGER
									Acting Federal Defender

									/s/ Linda C. Harter
									LINDA C. HARTER
									Chief Assistant Federal Defender
									Attorney for TARUS STARKS

									/s/ James P. Roberts
									JAMES P. ROBERTS
									Certified Student Attorney

Dated: January 29, 2013						BENJAMIN B. WAGNER
									United States Attorney

									/s/ Ashwin Janakiram
									ASHWIN JANAKIRAM
									Special Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: January 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-2-