```
 1  JOSEPH SCHLESINGER #87692
    Acting Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    JAMES P. ROBERTS
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6
    Attorney for Defendant
 7  TARUS STARKS

 8

 9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) No. 2:12-CR-00434-CKD
                                 )
13               Plaintiff,      ) STIPULATION AND ORDER TO CONTINUE
                                 ) SENTENCING AND SET DISCLOSURE
14       v.                      ) SCHEDULE
                                 )
15  TARUS STARKS,                )
                                 ) Date:  June 20, 2013
16               Defendant.      ) Time:  9:30 a.m.
                                 ) Judge: Carolyn K. Delaney
17  _____)

18       The United States Attorney through his respective counsel, ASHWIN

19  JANAKIRAM, Special Assistant United States Attorney, and LINDA C.

20  HARTER, Attorney for TARUS STARKS, and Certified Student Attorney,

21  JAMES P. ROBERTS, hereby stipulate that the following schedule for

22  sentencing and disclosure be adopted:
```

| | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Proposed PSR due | 05/09/13 | 05/30/13 |
| Counsel's written objections due | 05/23/13 | 06/13/13 |
| PSR filed with court | 05/30/13 | 06/20/13 |
| Motion for correction due | 06/06/13 | 06/27/13 |
| Reply/statement non-opposition | 06/13/13 | 07/05/13 |

```
Judgment/Sentencing              06/20/13                07/11/13


DATED:  April 29, 2013           Respectfully submitted,

                                 JOSEPH SCHLESINGER
                                 Acting Federal Defender


                                 /s/ Linda C. Harter
                                 LINDA C. HARTER
                                 Chief Assistant Federal Defender
                                 Attorney for TARUS STARKS

                                 /s/ James P. Roberts
                                 JAMES P. ROBERTS
                                 Certified Student Attorney


DATED: April 29, 2013            BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Ashwin Janakiram
                                 ASHWIN JANAKIRAM
                                 Special Assistant U.S. Attorney
```

**O R D E R**

**IT IS SO ORDERED.**

 Dated: April 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-2-